UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON M. WHITE,

    Plaintiff,

v.

L. BARNES, et al.,

    Defendants.

_____/

Case No. 1:24-cv-723

HON. JANE M. BECKERING

## ORDER

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint under 42 U.S.C. § 1983. Defendant Rhodes filed a Motion for Summary Judgment Based on Exhaustion (ECF No. 17). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 22) on March 24, 2025, recommending that this Court grant Defendant's motion, dismiss without prejudice Plaintiff's Eighth Amendment and state-law claims against Defendant Rhodes, and terminate this case. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Rhodes' Motion for Summary Judgment Based on Exhaustion (ECF No. 17) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Eighth Amendment and state-law claims against Defendant Rhodes are DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: April 22, 2025                              /s/ Jane M. Beckering
                                                   JANE M. BECKERING
                                                   United States District Judge

Case 1:24-cv-00723-JMB-SJB    ECF No. 23,  PageID.128    Filed 04/22/25    Page 2 of 2